# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**165**
**CA 16-00080**
PRESENT: SMITH, J.P., CARNI, LINDLEY, DEJOSEPH, AND NEMOYER, JJ.

---

ACEA MOSEY, AS ADMINISTRATOR OF THE ESTATE OF
LAURA CUMMINGS, DECEASED, PLAINTIFF-APPELLANT,

V                                              MEMORANDUM AND ORDER

COUNTY OF ERIE, DEFENDANT-RESPONDENT.
(APPEAL NO. 2.)

---

CONNORS LLP, BUFFALO (JOHN T. LOSS OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (JEREMY C. TOTH OF
COUNSEL), FOR DEFENDANT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered May 11, 2015. The order, insofar as appealed from, granted that part of the motion of defendant for a protective order with respect to the demand concerning documents from the County Executive.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Mosey v County of Erie* ([appeal No. 1] ___ AD3d ___ [Mar. 24, 2017]).

Entered:  March 24, 2017                        Frances E. Cafarell
                                                Clerk of the Court